# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13298

_____

PEN AMERICAN CENTER, INC.,
GEORGE M. JOHNSON,
KYLE LUKOFF,
ANN NOVAKOWSKI,
   on behalf of herself and her minor child,
PENGUIN RANDOM HOUSE, LLC, et al.,

                                              *Plaintiffs-Appellees,*

SARAH BRANNEN, et al.,

                                              *Plaintiffs,*

*versus*

ESCAMBIA COUNTY SCHOOL DISTRICT, et al.,

                                              *Defendants,*

KEVIN ADAMS,

                                          *Defendant-Appellant,*

PAUL FETSKO,
PATRICIA HIGHTOWER,
WILLIAM SLAYTON,

DAVID WILLIAMS,

                              *Interested Parties-Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-10385-TKW-ZCB

_____

_____

No. 25-13698

_____

PEN AMERICAN CENTER, INC.,
GEORGE M. JOHNSON,
KYLE LUKOFF,
ANN NOVAKOWSKI,
  on behalf of herself and her minor child,
PENGUIN RANDOM HOUSE, LLC, et al.,

                              *Plaintiffs-Appellees,*

SARAH BRANNEN, et al.,

                              *Plaintiffs,*

versus

ESCAMBIA COUNTY SCHOOL DISTRICT, et al.,

                              *Defendants,*

CARISSA BERGOSH,
TOM HARRELL,

                              *Interested Parties-Appellants.*

————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-10385-TKW-ZCB

————————————

ORDER:

The motion for an extension of time to and including January 26, 2026 to file Appellee's expedited response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE